BARBARA NELSON v. ARTHUR NELSON.

February 14, 1979. Petition for certification denied.

EUNICE TAYLOR v. BOARD OF REVIEW.

February 14, 1979. Dismissed as moot.

STATE OF NEW JERSEY v. MICHAEL KOTUN.

February 14, 1979. Petition for certification denied.

STANLEY TECZA v. WAYNE BOARD OF EDUCATION.

February 14, 1979. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF R. B.

February 14, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. RANDOLPH CASEY.

February 14, 1979. Petition for certification denied. (See 157 *N. J. Super.* 311)